UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **MARY KING,**  **Plaintiff,**  vs.  **NAVIENT SOLUTIONS, INC.,**  **Defendant.** | No. 3:16-cv-00009-MHT-TFM |

## NOTICE OF PENDING SETTLEMENT

Defendant, Navient Solutions, Inc., (NSI) by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: October 24, 2016

Respectfully submitted,

/s/ Laura C. Nettles
Laura C. Nettles, Esq.
LLOYD, GRAY, WHITEHEAD & MONROE, P.C.
2501 20th Place South, Suite 300
Birmingham, AL  35223
Telephone:   (205) 967-8822
Facsimile:    (205) 967-2380
lnettles@lgwmlaw.com

>Dayle M. Van Hoose, Esq.
>Florida Bar No. 016277
>*Admitted Pro Hac Vice*
>SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
>3350 Buschwood Park Drive, Suite 195
>Tampa, FL 33618
>Telephone: (813) 890-2463
>Facsimile: (866) 466-3140
>dvanhoose@sessions.legal
>
>Attorneys for Defendant,
>Navient Solutions, Inc.

### CERTIFICATE OF SERVICE

I certify that on this 24th day of October 2016, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

>Micah S. Adkins, Esq.
>The Adkins Firm, P.C.
>The Kress Building
>301 19th Street North, Suite 581
>Birmingham, AL 35203
>
>Jared M. Lee, Esq.
>*Admitted Pro Hac Vice*
>Morgan and Morgan, Tampa PA
>20 North Orange Avenue; Suite 1600
>Orlando, FL 32801

>/s/ Laura C. Nettles
>Attorney