IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARY KING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:16-CV-00009 |
| ) | |
| NAVIENT SOLUTIONS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**FINAL ORDER AND JUDGMENT**

Pursuant to the parties' Stipulation of Dismissal filed November 2, 2016, (ECF 23), this FINAL ORDER AND JUDGMENT is hereby entered dismissing this case with prejudice, each party to bear its own costs and fees.

SO ORDERED this 2nd day of November, 2016.

s/Clay D. Land
UNITED STATES DISTRICT JUDGE